IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| JESUS DIAZ DE LEON | § § § | |
| VS. | § § § | CIVIL ACTION NO. |
| | § § | JURY DEMANDED |
| SILVA RODOLFO REYES, TRANSPORTES REFRIGERADOS GC XPRESS, SA DE CV | § § § | |

## APPLICATION AND NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §1332(a)(2) and Rule 81 of the local rules for the Southern District of Texas, Defendants **RODOLFO SILVA REYES**, *incorrectly named as Silva Rodolfo Reyes* **and TRANSPORTES REFRIGERADOS GC XPRESS, SA DE CV** ("Applicants") file this Application and Notice of Removal and in support thereof would show the Court the following:

1. On February 10, 2022, Plaintiff, Jesus Diaz De Leon filed his Plaintiff's Original Petition in a cause of action against Applicants in the 389th District Court of Hidalgo County, Texas, *Cause No. C-0519-22-H*.

2. Pursuant to 28 U.S.C. §1446 this notice of removal was filed within 30 days after the Defendants learned of Plaintiff's Original Petition from which it was ascertained that the case is one which is removable.

3. Plaintiff is resident of Hidalgo County, Texas. Applicant Rodolfo Silva Reyes is a citizen and resident of Mexico and Transportes Refrigerados GC Xpress, SA de CV is a corporation

domiciled in Reynosa, Tamaulipas, Mexico. Therefore, removal is based upon alienage jurisdiction.

4. The action described in Paragraph 9 arises from a motor vehicle incident that occurred on or about January 18, 2021, on the eastbound lane of Highway 281, W. Progreso, Hidalgo County, Texas. Plaintiff has plead that the Court has subject matter jurisdiction over this action because Plaintiff seeks damages within the Court's jurisdictional limits and the incident giving rise to the cause of action occurred in Hidalgo County, Texas.

5. The amount in controversy exceeds $75,001.00. Plaintiffs' Original Petition seeks damages over $1,000,000.00.

6. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas Applicant would show the following:

    Plaintiff:    Jesus Diaz De Leon

    Defendants:    Rodolfo Silva Reyes
                         Transportes Refrigerados GC Xpress, SA de CV

Status of service of process: According to the State Court's Register of Actions, on or about June 24, 2022, Defendant, Transportes Refrigerados GC Xpress, SA de CV, was served with citation. That service was not perfected as it was not served upon its registered agent.

To date, Defendant Rodolfo Silva Reyes has not been served. Out of an abundance of caution and to avoid a default judgment against Defendants, an Answer was filed on behalf of both Defendants.

    Counsel for each party is as follows:

**Counsel for Plaintiff:**
Joe A. Gamez
State Bar No. 07607200
Matthew Powell
State Bar No. 24082573
Law Office of Joe A. Gamez, P.C.

       1119 Fresno Ave.
       San Antonio, TX 78201
       Tel: 210-736-4040
       Fax: 210-734-1010
       Email: mpowell@jagamezlaw.com

       **Counsel for Defendants: Rodolfo Silva Reyes & Transportes Refrigerados GC Xpress, SA de CV**

       Glenn D. Romero
       State Bar No. 17224025
       Federal Bar No. 7734
       Vidaurri, Rodriguez & Reyna, LLP
       202 North 10th Avenue
       Edinburg, Texas 78451
       Telephone: 956-381-6602
       Facsimile: 956-381-0725
       Email: gromero@vrrtxlaw.com

    a. A jury was demanded by Defendants in district court and the jury fee was paid.

    b. Name and address of court from which the case is being removed:

       389th District Court
       Hidalgo County Courthouse
       100 N. Closner
       Edinburg, Texas 78539

7.    Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of the docket sheet and an index of the matters being filed are attached hereto.

    WHEREFORE PREMISES CONSIDERED, Applicant prays that the above action now pending in the 389th District Court of Hidalgo County, Texas, *Cause No.C-0519-H* styled *Jesus Diaz De Leon v. Rodolfo Silva Reyes and Transportes Refrigerados GC Xpress, SA de CV,* be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Defendants may have such other and further relief at law or in equity to which they may show themselves justly entitled.

Respectfully submitted,

By: _____
Glenn D. Romero
Attorney in Charge
State Bar No. 17224025
Federal Bar No. 7734

Of Counsel:
**Vidaurri, Rodriguez & Reyna, LLP**
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: gromero@vrrtxlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel on February 8, 2023, via electronic filing as follows:

**VIA E-SERVICE:** mpowell@jagamezlaw.com
Joe A. Gamez
Matthew Powell
Law Office of Joe A. Gamez, P.C.
1119 Fresno Ave.
San Antonio, TX 78201

_____
Glenn D. Romero

4